```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| **LECESTER GWIN, JR.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 15-00463-WS-B |
| | * |
| **NANCY BERRYHILL,** | * |
| Acting Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 23, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** this 10th day of March, 2017.

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE