IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LECESTER GWIN, JR., | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 15-00463-WS-B |
| | * |
| NANCY BERRYHILL, | * |
| Acting Commissioner of Social | * |
| Security, | * |
| | * |
|     Defendant. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

**DONE** this 10th day of March, 2017.

                                              s/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE